[No. 71769-3-I. Division One. November 10, 2014.]

*In the Matter of the Dependency of* S.N. ET AL.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent,* v. DEXTER NANCE, JR., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 13-7-12081-8, Palmer Robinson, J., entered March 13, 2014. *Affirmed* by unpublished opinion per Spearman, C.J., concurred in by Schindler and Verellen, JJ.

[No. 72361-8-I. Division One. November 10, 2014.]

FINANCIAL ASSISTANCE, INC., *Appellant,* v. BYRON SLACK ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Clark County, No. 09-2-04508-2, David E. Gregerson, J., entered July 26, 2013. *Affirmed* by unpublished opinion per Spearman, C.J., concurred in by Becker and Appelwick, JJ.

[No. 72362-6-I. Division One. November 10, 2014.]

BRIAN BESAW ET AL., *Appellants,* v. PIERCE COUNTY, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 12-2-08436-5, Jack F. Nevin, J., entered March 22, 2013. *Affirmed* by unpublished opinion per Verellen, A.C.J., concurred in by Dwyer and Trickey, JJ.

[No. 72363-4-I. Division One. November 10, 2014.]

THE STATE OF WASHINGTON, *Respondent,* v. CHANDRA M. WITT, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 13-1-00078-7, F. Mark McCauley, J., entered May 20, 2013. *Affirmed in part, reversed in part,* and *remanded with instructions* by unpublished opinion per Leach, J., concurred in by Cox and Lau, JJ.